**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000564
17-JUL-2013
08:33 AM**

NO. CAAP-11-0000564

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

R3BST, LLC. Plaintiff-Appellant,
v.
THE COUNTY OF KAUAI; KAUAI PLANNING DEPARTMENT;
KAUAI PLANNING COMMISSION; et al., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 10-1-0026)

ORDER APPROVING THE JULY 2, 2013 STIPULATION
FOR DISMISSAL OF ALL PARTIES AND ALL CLAIMS WITH PREJUDICE
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the "Stipulation for Dismissal of All Parties and All Claims With Prejudice," filed July 2, 2013, by Plaintiff-Appellant R3BST, LLC, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek dismissal of the appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b) but HRAP Rule 42(b) applies only where the appeal has been docketed and the record on appeal has not been filed in this case; (3)

(3) dismissal is appropriate pursuant to HRAP Rule 42(a); and

(4) the parties agree to bear their own costs and fees on appeal. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, pursuant to HRAP Rule 42(a), and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, July 17, 2013.

Chief Judge

Associate Judge

Associate Judge